IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| BLOOM, et al. | : | 02-3296 |
| PEREZ | : | 02-3303 |
| GARCIA, et al. | : | 02-3320 |
| WOOD, et al. | : | 02-3336 |
| RICHARDSON | : | 02-3377 |
| WEISE | : | 02-3417 |
| ROBINSON | : | 02-3420 |
| STANLEY, et al. | : | 02-3465 |
| TAKEDA | : | 02-3466 |
| FLORES | : | 02-3497 |
| OOSTEMA | : | 02-3504 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**ORDER**

**AND NOW,** this _____ day of June, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]  -   Order staying these proceedings pending disposition of a related action.

[   ]  -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]  -   Interlocutory appeal filed.

[ X ]  -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring the case to the District of Minnesota</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Ronald L. Buckwalter, Judge**